JAMES B. CHANIN, SBN 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752, Ex. 2
Facsimile: (510) 848-5819
Email: jbcofc@aol.com

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD, San Francisco Bay Area Chapter,
and RACHEL LEDERMAN & ALEXSIS C. BEACH, Attorneys at Law
558 Capp Street
San Francisco, CA 94110
Telephone: 415-282-9300
Fax: 510-590-9296
Email: rachel@bllaw.info

Attorneys for plaintiffs CURTIS JOHNSON ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHNSON; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERKELEY; ET AL. <br><br> Defendants. | No. 3:15-cv-5343 JSC <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD RELATED** <br><br> (*Soules v. City of Berkeley, et al., C15-5812 SK)* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-12, plaintiffs in *Soules, et al., v. City of Berkeley, et al.,* C15-5812 SK, submit the following Administrative Motion to Consider Whether Cases Should be Related, on the following grounds:

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
  *Johnson, et al., v. City of Berkeley, et al.,* Case No. 15-5343         1

a) The *Soules* action concerns substantially the same questions of law as *Johnson, et al. v. City of Berkeley, et al.*, No. C15-5343 JSC.

b) It is likely that there will be an unduly burdensome duplication of labor and expense and conflicting results if these cases – *Soules et al. v. City of Berkeley, et al.*, and *Johnson, et al., v. City of Berkeley, et al.* – are conducted before different judges. This motion will be based on the argument below and attached Declaration of Counsel.

## ARGUMENT

The *Johnson* action involves claims by eleven plaintiffs of an unconstitutional police response to a political protest against police racist violence in Berkeley on the night of December 6-7, 2014. The plaintiffs are demonstrators and journalists who were subjected to excessive force, and in some cases, arrest without probable cause, during the demonstration. Plaintiffs claim that the constitutional violations were caused by customs, policies and practices of the City of Berkeley, City Manager Christine Daniel and Police Chief Michael Meehan and by Ms. Daniel, Chief Meehan and other police commanders' failure to adequately supervise the police officers.

The *Soules* action similarly involves claims by two plaintiffs of an unconstitutional police response to a political protest against police racist violence in Berkeley on the following night, the night of December 7-8, 2014. Plaintiffs are demonstrators who were trying to walk home when they were subjected to excessive force and arrest without probable cause. Plaintiffs claim that the constitutional violations were caused by customs, policies and practices of the City of Berkeley, City Manager Christine Daniel and Police Chief Michael Meehan including inadequate policies and training on crowd control and use of force, and that the violations were caused by Ms.

Daniel, Chief Meehan and other police commanders' failure to adequately supervise the police officers. The *Johnson* plaintiffs are seeking injunctive relief on these issues.

The two cases involve many of the same defendants, the same legal issues and will involve a substantial amount of overlapping discovery. Thus, relating the two cases will avoid duplication of effort and unnecessary expense and will conserve judicial resources.

Counsel has attempted to meet and confer with counsel for all parties in both actions before filing this motion, as set forth in the attached Declaration of Counsel.

Dated: December 18, 2015          Respectfully submitted,

                                            Law Offices of James B. Chanin
                                            Rachel Lederman & Alexsis C. Beach,
                                            Attorneys at Law
                                            National Lawyers Guild,
                                            San Francisco Bay Area Chapter

                                            ___/S/_____
                                            By: RACHEL LEDERMAN
                                            Attorneys for plaintiffs

## DECLARATION OF COUNSEL

I, Rachel Lederman declare:

I am an attorney licensed to practice law before the courts of the State of California and this federal court, and one of the attorneys for plaintiffs in this action and in *Soules et al. v. City of Berkeley, et al.*, C15-5812 SK.

I have litigated a number of significant cases concerning crowd control practices of Bay Area police agencies involving substantial reforms of crowd control policies. Based on this experience I expect to conduct a lot of identical discovery in the *Johnson* and *Soules* matters in order to prove plaintiffs' *Monell* and supervisory liability claims and to support the injunction claim in *Johnson*. I also expect that very similar legal issues will arise in both matters.

I have met and conferred concerning this motion as follows:

On December 19, 2015, I emailed Berkeley City Attorney Zach Cowan and Deputy City Attorney Lynne Bourgault to inquire as to whether the Berkeley defendants would stipulate that the two actions are related. On December 21, the Berkeley defendants declined to so stipulate. Counsel expressed concern that the two actions would be consolidated for trial, to which I responded that plaintiffs were not necessarily seeking consolidation for trial, but I have not heard back further from the Berkeley City Attorney's office on this. On December 22, 2015, I emailed Hayward Deputy City Attorney Justin Nishioka to similarly ask if the Hayward defendants would stipulate that the cases are related, but I have not received a response on this issue from the Hayward City Attorney's office.

On December 30, 2015, I served a copy of this motion on counsel for the Hayward defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this December 30, 2015, at Driggs, Idaho.

/S/

Rachel Lederman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHNSON; ET AL.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BERKELEY; ET AL.<br><br>　　Defendants. | No. 3:15-cv-5343 JSC<br><br>**Proposed ORDER**<br><br>(*Soules v. City of Berkeley, et al.,* **C15-5812 SK)** |

　　Good cause appearing therefore, IT IS ORDERED that *Soules v. City of Berkeley et al*. C15-5812, is a related case to *Johnson v. City of Berkeley, et al*. and shall be re-assigned accordingly.

Dated: 　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. District Court Magistrate Judge

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
*Johnson, et al., v. City of Berkeley, et al.,* Case No. 15-5343　　　　5