UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BERKELEY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-05343-JSC<br><br>**ORDER RE: CASE MANAGEMENT DEADLINES** |

Following the Case Management Conference held on May 26, 2016 and for the reasons stated on the record, IT IS ORDERED THAT:

Defendants' responses to the outstanding discovery requests are due June 17, 2016.  To the extent that the parties have a discovery dispute, they shall use the joint discovery letter procedure set forth in the Court's Standing Order.

Plaintiffs' Motion to Amend the Complaint (Dkt. No. 59) is GRANTED.  Plaintiffs shall file the Third Amended Complaint by June 1, 2016.  Defendants' response to the Third Amended Complaint is due July 7, 2016.

The Court will schedule a Case Management Conference to address the case schedule upon the filing of Defendants' response to the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated:  May 27, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge