UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONI LAW, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BERKELEY, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-05343-JSC<br><br>**PRETRIAL ORDER NO. 2** |

Following the further case management conference on November 17, 2016, it is ordered as follows:

**A.    Parties**

Defendant Officer Jitendra Singh is dismissed without prejudice.

**B.    Schedule**

| | |
|---|---|
| Further case management conference: | January 19, 2017 at 1:30 p.m. |
| Close of fact discovery: | April 28, 2017 |
| Last day to hear class certification motion: | June 8, 2017 |
| Last day to hear dispositive motions: | August 17, 2017 |
| Expert disclosures: | September 1, 2017 |
| Rebuttal disclosures: | September 15, 2017 |
| Expert discovery cut off: | September 29, 2017 |

**C.    Deposition dates**

Each side has permission to take up to 20 depositions. Leave of court must be obtained to take depositions in excess of that number absent stipulation of the parties. On or before November 23, 2016, Plaintiffs shall provide Defendants with available dates for any Plaintiffs whose

depositions have not been scheduled. On or before November 23, 2016, Defendants shall provide Plaintiffs with available dates for the ten "priority" depositions that have not yet been scheduled. For the next set of 10 depositions, Plaintiffs shall provide Defendants with a list of names by November 18, 2016. Defendants will provide Plaintiffs with a list of dates on which those witnesses are available by January 31, 2017.

### D. Settlement conference

The parties are referred to Magistrate Judge Donna Ryu for a settlement conference to occur before February 28, 2017 or as soon thereafter as is convenient to Judge Ryu. Judge Ryu will contact the parties regarding a settlement conference date.

### E. Discovery disputes

On or before November 21, 2016, Defendants shall provide Plaintiffs with a privilege log for those documents over which it asserts either the deliberative process or official information privilege.

For the third-party witnesses Plaintiffs previously disclosed, Plaintiffs shall provide the witnesses' phone numbers and the city in which they live.

For other discovery disputes, in accordance with the Court's Standing Order, the Court is available to discuss disputes informally without a prior written submission if both parties agree to do so. If the parties would like to schedule an informal telephonic discovery hearing, they shall contact Courtroom Deputy Ada Means. Alternatively, the parties shall utilize the joint discovery letter brief procedure.

**IT IS SO ORDERED.**

Dated: November 18, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2