**Honorable Magistrate Judge Jacqueline Scott Corley**
**Re:** *Moni Law et al. v. City of Berkeley, et al.,* **No. 15-cv-5343 JSC**

## PLAINTIFFS' REPLY TO DEFENDANTS' ARGUMENT IN JOINT STATEMENT OF DISCOVERY DISPUTE 2

Plaintiffs submit this short reply after receiving defendants' section of the joint statement. Counsel were unable to meet and confer further because defense counsel is out of the office until Monday, and the deposition of the former Chief is being taken on Wednesday.

None of the commanders who were interviewed in connection with the Post-Incident Review have written a police report. There are NO incident reports, NO use of force reports, and NO after action report concerning the demonstration that is the subject of this case, save the Post-Incident Review report itself. Not even the incident commander, Captain Upson, wrote a report. The interviews included commanders who were in the operations center making the key decisions that plaintiffs are suing over, as well as commanders who were present at the scene of the protest directing the police actions. There is NO other documentation of what these commanders have said about this event. Moreover, no audio recording of the police communications on the night in question has been produced. Plaintiffs only have the Calls for Service, a printout of the dispatcher's summary of radio communication on the main dispatch channel and which does not include any communications on tactical channels.

Defense counsel suggests, while avoiding explicitly stating, that there is no factual material in the notes and that the facts in the reports came exclusively from the *outside agencies'* reports. Given the complete lack of written reporting by the Berkeley officers and commanders, the detailed account of the facts in the report had to have been obtained at least in part through these interviews with Berkeley's own personnel, who were in charge of this incident.

Thus, the information in the notes is not duplicated by any of the documents that have been produced. Plaintiffs have a strong need for the additional information due to the dearth of usual police documentation in this case. The almost complete lack of reports and communications records has made it very difficult to identify the officers who used force and their supervisors. In addition BPD stopped videotaping the event at the beginning of the first push south on Telegraph Avenue, prior to injuries to four of the named plaintiffs, and defendants have been unable to specifically identify which officers were involved in the second push down Telegraph Avenue. These are two of the three main incidents where indiscriminate force was used. It has thus been impossible to narrow down the number of depositions that must be taken.

                        Respectfully submitted,

Dated: Dec. 8, 2016       LAW OFFICES OF JAMES B. CHANIN
                                RACHEL LEDERMAN & ALEXSIS C. BEACH,
                                Attorneys at Law
                                /S/
                                By: RACHEL LEDERMAN
                                Attorneys for Plaintiffs