UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 1/27/17 | **Time:** 8 hours | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:15-cv-05343-JSC | **Case Name:** Moni Law, et al v. City of Berkeley, et al | |

**For Plaintiffs:**
Rachel Lederman
James Chanin
Moni Law
Joseph Cuff
Nisa Dang
Allie Loux
Joseph Watkins
Sam Wolson (via Skype)

**For Defendants:**
Lynne Bourgault
Zach Cowan
Chief Andrew Greenwood
Captain Dave Reece
Lt. M. Durbin
Lt. Andrew Rateaver
Lt. Daniel Montgomery
Sgt. Katie Smith
Det. Melissa Kelly
Off. S. Fleming
Off. Josh Smith
Off. S. Salas

**Deputy Clerk:** Ivy Lerma Garcia             **FTR:** 5:41-5:52

PROCEEDINGS

Settlement conference held.

**Results:**   Matter settled, subject to City Council approval (likely to be calendared for February 14, 2017).

cc:  Chambers