JAMES B. CHANIN, SBN 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752, Ex. 2
Email: jbcofc@aol.com

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD, San Francisco Bay Area Chapter,
and Rachel Lederman & Alexsis C. Beach, Attorneys
558 Capp Street
San Francisco, CA 94110
Telephone: 415-282-9300
Email: rachel@bllaw.info

Attorneys for plaintiffs MONI LAW ET AL.

Zach Cowan, City Attorney, SBN 96372
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONI LAW, ET AL., | No. 3:15-cv-5343 JSC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

1

1    Plaintiffs and defendant City of Berkeley, through their undersigned counsel,

2  stipulate as follows:

3  The parties have reached a complete settlement in this matter. Pursuant to the agreement

   between the parties, this action shall be dismissed with prejudice, and each party shall

4  bear their own attorneys' fees and costs.

5  IT IS SO STIPULATED.

6

7  Dated: March 2, 2017         LAW OFFICES OF JAMES B. CHANIN
                                RACHEL LEDERMAN & ALEXSIS C. BEACH,
8                               Attorneys at Law
                                NATIONAL LAWYERS GUILD, S.F. Bay Area Chapter
9                               /S/
                                By: RACHEL LEDERMAN
10                              Attorneys for Plaintiffs

11

12 Dated: March 3, 2017         BERKELEY CITY ATTORNEY'S OFFICE
                                ZACH COWAN, City Attorney
                                LYNNE BOURGAULT, Deputy City Attorney
13
                                By:  /S/
14                              LYNNE S. BOURGAULT
                                Attorneys for Defendant

15

16

17

18                                    **ORDER**

19      Pursuant to the stipulation of the parties, IT IS SO ORDERED.

20

21 Dated:                       _____

                                United States Magistrate Judge
22

23

24

                                        2