JAMES B. CHANIN, SBN 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752, Ex. 2
Email: jbcofc@aol.com

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD, San Francisco Bay Area Chapter,
and Rachel Lederman & Alexsis C. Beach, Attorneys
558 Capp Street
San Francisco, CA 94110
Telephone: 415-282-9300
Email: rachel@bllaw.info

Attorneys for plaintiffs MONI LAW ET AL.

Zach Cowan, City Attorney, SBN 96372
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONI LAW, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | No. 3:15-cv-5343 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

1

Plaintiffs and defendant City of Berkeley, through their undersigned counsel, stipulate as follows:

The parties have reached a complete settlement in this matter. Pursuant to the agreement between the parties, this action shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 2, 2017　　LAW OFFICES OF JAMES B. CHANIN
　　　　　　　　　　　　RACHEL LEDERMAN & ALEXSIS C. BEACH,
　　　　　　　　　　　　Attorneys at Law
　　　　　　　　　　　　NATIONAL LAWYERS GUILD, S.F. Bay Area Chapter
　　　　　　　　　　　　/S/
　　　　　　　　　　　　By: RACHEL LEDERMAN
　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: March 3, 2017　　BERKELEY CITY ATTORNEY'S OFFICE
　　　　　　　　　　　　ZACH COWAN, City Attorney
　　　　　　　　　　　　LYNNE BOURGAULT, Deputy City Attorney

　　　　　　　　　　　　By: /S/
　　　　　　　　　　　　LYNNE S. BOURGAULT
　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: March 7, 2017　　_____
　　　　　　　　　　　　United States Magistrate Judge

GRANTED
Judge Jacqueline Scott Corley